IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| DON LAMOR CADY, #133280, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )  CASE NO. 2:07-cv-0746-MEF |
| | ) |
| LEON FORNISS, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

## **O R D E R**

On February 13, 2008, the Magistrate Judge filed a Recommendation (Doc. #20) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. That the petition for habeas corpus relief is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 2244(d).

DONE this the 5th day of March, 2008.

                                                     /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE